IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
NOV - 6 2024
ARTHUR JOHNSTON
BY_____ DEPUTY

UNITED STATES OF AMERICA

v.                                            CRIMINAL NO. 3:24 CR 106-CWR-ASH

RICHARD HARRIS                                21 U.S.C. § 841(a)(1)
                                              18 U.S.C. § 922(g)(1)

**The Grand Jury charges:**

COUNT 1

On or about June 22, 2023, in Lauderdale County, in the Northern Division of the Southern District of Mississippi, the defendant, **RICHARD HARRIS**, aided and abetted by others known and unknown to the Grand Jury, did knowingly possess with the intent to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

COUNT 2

On or about June 26, 2023, in Lauderdale County, in the Northern Division of the Southern District of Mississippi, the defendant, **RICHARD HARRIS**, aided and abetted by others known and unknown to the Grand Jury, did knowingly possess with the intent to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

COUNT 3

On or about July 27, 2023, in Lauderdale County, in the Northern Division of the Southern District of Mississippi, the defendant, **RICHARD HARRIS**, aided and abetted by others known and unknown to the Grand Jury, did knowingly possess with the intent to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

COUNT 4

On or about September 27, 2023, in Lauderdale County, in the Northern Division of the Southern District of Mississippi, the defendant, **RICHARD HARRIS**, aided and abetted by others known and unknown to the Grand Jury, did knowingly possess with the intent to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

COUNT 5

On or about October 17, 2023, in Lauderdale County, in the Northern Division of the Southern District of Mississippi, the defendant, **RICHARD HARRIS**, aided and abetted by others known and unknown to the Grand Jury, did knowingly possess with the intent to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

COUNT 6

On or about October 26, 2023, in Lauderdale County, in the Northern Division of the Southern District of Mississippi, the defendant, **RICHARD HARRIS**, aided and abetted by others known and unknown to the Grand Jury, did knowingly possess with the intent to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

COUNT 7

That on or about October 26, 2023, in Lauderdale County in the Northern Division of the Southern District of Mississippi, the defendant, **RICHARD HARRIS**, knowing he had previously been convicted of a crime which is punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, and the firearm was in and affecting interstate or foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

As a result of committing the offenses as alleged in this Indictment, the defendant shall forfeit to the United States all property involved in or traceable to property involved in the offenses, including but not limited to all proceeds obtained directly or indirectly from the offenses, and all property used to facilitate the offenses.

Further, if any property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of the defendant, up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Title 21, United States Code, Section 853; Title 18, United States Code, Section 924(d)(1); and Title 28, United States Code, Section 2461(c).

TODD W. GEE
United States Attorney

A TRUE BILL:
S/SIGNATURE REDACTED
Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the Grand Jury on this the ____6th____ day of November 2024

UNITED STATES MAGISTRATE JUDGE

3